UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAY VINEYARD,

    Plaintiff,                                           3:14-cv-254-HDM-VPC

vs.                                                     ORDER ADOPTING
                                                         MAGISTRATE JUDGE'S
CAROLYN W. COLVIN, Acting             REPORT AND
Commissioner of Social Security,      RECOMMENDATION

    Defendant.
_____/

    The court has considered the report and recommendation of the United States Magistrate Judge (#14) filed on June 10, 2015, in which the Magistrate Judge recommends that this court enter an order denying plaintiff's motion for remand (#11) and granting defendant's cross-motion to affirm (#12). No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    ADOPTS AND ACCEPTS the report and recommendation of the

United States Magistrate Judge (#14). Therefore, plaintiff's motion for remand (#11) is denied and defendant's cross-motion to affirm (#12) is granted. The Clerk of Court shall enter judgment accordingly.

    It is so ORDERED.

    Dated this 21st day of September, 2015.

                                     */s/ Howard D. McKibben*
                                     UNITED STATES DISTRICT JUDGE